386 P.2d 726

**Patricia Ann MELVILLE, Plaintiff and Respondent,**

v.

**Samuel G. MELVILLE, Defendant and Appellant.**

No. 9882.

Supreme Court of Utah.

Nov. 22, 1963.

2. See Murray v. Wasatch Grading Co., 73 Utah 430, 274 P. 940; Weber County-

William G. Shelton, Robert C. Cummings, Salt Lake City, for appellant.

McConkie & McConkie, Salt Lake City, for respondent.

CALLISTER, Justice.

Defendant husband appeals from a judgment dismissing his counterclaim and awarding the plaintiff wife a divorce, custody of their minor child, $50 per month alimony, $50 per month child support, certain personal property and attorney's fee. The lower court also gave judgment to plaintiff for the amount defendant was in arrears on an order pendente lite.

Ogden City Relief Comm. v. Industrial Comm., 93 Utah 85, 71 P.2d 177.

██ We have carefully examined the record and cannot agree with defendant's contention that the lower court abused its discretion. Under the testimony presented the lower court had ample justification in finding defendant guilty of mental cruelty entitling the plaintiff to the divorce. The evidence also sustains the court's award as to custody, alimony, support money, property, and other matters contained in the decree.

Affirmed. Costs to plaintiff.

HENRIOD, C. J., and McDONOUGH, CROCKETT and WADE, JJ., concur.